**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO. 8:19-cv-1558-T-33CPT

| | |
|---|---|
| **KARAMELION LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**GUARDIAN PROTECTION SERVICES, INC.,**<br><br>    Defendant. | **PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## FINAL JUDGMENT

The Court hereby dismisses all claims asserted in this suit between Plaintiff Karamelion LLC and Defendant Guardian Protection Services, Inc. with prejudice and with all costs, expenses and attorneys' fees borne by the party that incurred them.  Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the dismissal of all claims, the Court hereby ORDERS and ENTERS JUDGMENT as follows:

1. All motions by either party not previously ruled on are hereby DENIED as moot.

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE